1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,               )        NO.  CR09-5588BHS
                                        )
            Plaintiff,                  )
                                        )
        vs.                             )        ORDER GRANTING JOINT MOTION
                                        )        TO EXTEND TIME TO FILE
GERARDO VELASCO-LOPEZ,                   )        INDICTMENT UNDER SPEEDY TRIAL
                                        )        ACT
            Defendant.                  )
                                        )
_____ )

15
16

The Court, having considered the parties' Joint Motion To Extend Time To File
Indictment Under Speedy Trial Act finds that:

17        1.      Mr. Velasco-Lopez is charged by Information with Illegal Reentry after

18   Deportation on August 12, 2009, in violation of Title 8, United State Code, Sections 1326(a).

19   Defendant was arrested and made his Initial Appearance on August 27, 2009.  On August 27,

20   2009, the Court ordered that the defendant be detained in custody pending further proceedings.

21        2.      Under the Speedy Trial Act, an Indictment charging a defendant must be filed

22   within 30 days from the date on which the defendant was arrested or served with a summons

23   in connection with such charges. 18 U.S.C. §3161(b).  Hence, at the present time, the United

24   States must obtain an Indictment in this case on or before September 27, 2009, to meet the

25   requirements of the Speedy Trial Act.

26        3.      The defendant is diligently conducting an investigation into his status at the time

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE        – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1  of his alleged offense, the adequacy of his prior deportation proceedings, and the extent of his

2  criminal history. The defendant believes that the results of its investigation will be essential to

3  preparing his defense and may facilitate a resolution of this matter.

4        4.      Accordingly, the parties are seeking an Order continuing the time within which

5  an Indictment must be filed on the ground that the "ends of justice served by taking such

6  action outweigh the best interest of the public and the defendant in a speedy trial," as

7  permitted by 18 U.S.C. §§ 3161(h)(8)(A), (B)(i) and (B)(iv).

8        5.      Given that the defense's investigation remains incomplete, the parties believe

9  that the failure to grant this extension would deny the defense the reasonable time necessary

10  for adequate and effective preparation, taking into account the exercise of due diligence. The

11  parties believe that a denial of a continuance would result in a miscarriage of justice.

12        6.      The defendant has executed a Waiver of Speedy Trial waiving rights under the

13  Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has

14  further agreed that the period from September 27, 2009, until November 30, 2009, shall be an

15  excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE   – 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1

2        In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment

3 be continued to November 30, 2009. The period of delay resulting from this continuance from

4 September 27, 2009, to November 30, 2009, is hereby excluded for speedy trial purposes

5 under 18 U.S.C. §3161(h)(7).

6        DONE this 8th day of September 2009.

7

8

9                                                            BENJAMIN H. SETTLE

10                                                            United States District Judge

11

12

13 Presented by:

14

15

16 /s/   *Russell V. Leonard*

Russell V. Leonard

17 Attorney for Defendant

18

19

20 /s/   *John Odell*

John Odell

21 Special Assistant United States Attorney

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE    – 3

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710